

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR3479-BTM |
| Plaintiff, | **AMENDED ORDER AND JUDGMENT DISMISSING INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| SUKHROB MUSAYEV (7), | |
| Defendant. | |

For good cause shown, it is ORDERED that the indictment is DISMISSED WITHOUT PREJUDICE as to defendant SUKHROB MUSAYEV (7) only.

DATED: October 11, 2013

HON. BARRY T. MOSKOWITZ
Chief United States District Judge